Eric S. Rossman, ISB #4573
erossman@rossmanlaw.com
Erica S. Phillips, ISB #6009
ephillips@rossmanlaw.com
Matthew G. Gunn, IBS #8763
mgunn@rossmanlaw.com
ROSSMAN LAW GROUP, PLLC
350 N. 9th Street, Suite 500
Boise, Idaho 83702
Telephone: (208) 331-2030
Facsimile: (208) 947-2424

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LILA NORMAN, an individual,<br><br>  Plaintiff,<br><br>-vs-<br><br>GREENHURST NURSERY AND GARDEN CENTER, INC.; and JOSE CUEVAS, an individual,<br><br>  Defendants. | **CASE NO. 1:17-cv-34**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

COMES NOW, Plaintiff Lila Norman, by and through her counsel of record, Matthew G. Gunn of the law firm of Rossman Law Group, PLLC, and gives notice of voluntary dismissal of defendant Jose Cuevas without Order of the Court pursuant to Rule 41(a)(1)(A)(i) of the Idaho Rules of Civil Procedure.

Notice of Voluntary Dismissal without Order of the Court is appropriate because this Notice is filed before Defendant Jose Cuevas served an answer or a motion for summary judgment in this matter.

NOTICE OF VOLUNTARY DISMISSAL - 1

DATED this 5 day of June, 2019.

ROSSMAN LAW GROUP, PLLC

_/s/ Matthew G. Gunn_
Matthew G. Gunn
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2019, I caused a true and correct copy of the foregoing to be forwarded with all the required charges prepaid, by the method(s) indicated below to the following persons:

| | | |
|---|---|---|
| Jose Cuevas<br>809 2nd St N<br>Nampa, ID 83687 | Hand Delivery<br>U.S. Mail<br>Facsimile<br>Electronic Copy | <br>X<br><br> |

_/s/ Matthew G. Gunn_
Matthew G. Gunn

Z:\Work\N\Norman, Lila\Pleadings\Notice of Voluntary Dismissal - Cuevas.docx

**NOTICE OF VOLUNTARY DISMISSAL - 2**